# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MICHELE RANDALL, | ) |
| | ) |
| Plaintiff, | ) Case No. 8:24-cv-00695-KKM-AAS |
| | ) |
| v. | ) |
| | ) |
| IDEAL IMAGE DEVELOPMENT | ) |
| CORPORATION and IDEAL IMAGE | ) |
| OF SOUTH CAROLINA, LLC, | ) |
| | ) |
| Defendants. | |
| _____/ | |

## JOINT MOTION FOR CASE MANAGEMENT CONFERENCE

Plaintiff Michele Randall ("Plaintiff") and Defendants Ideal Image Development Corporation and Ideal Image of South Carolina, LLC ("Defendants"), by and through undersigned counsel and pursuant to the Court's Order dated March 20, 2024 [D.E. 3], respectfully request the Court set a Case Management Conference.

1.  On March 20, 2024, this matter was referred to the assigned magistrate for consideration of the IDEAL Program. [D.E. 3].

2.  Pursuant to the Court's Order, the parties respectfully request the Court set a Case Management Conference.

WHEREFORE, the parties respectfully request the Court set a Case Management Conference.

FP 50397600.2

Dated this 23rd day of April 2024.

Respectfully submitted,

| | |
|---|---|
| **/s/ Richard D. Tuschman** | **/s/ Christine Howard** |
| Richard D. Tuschman, Esq. | Christine Howard, Esq. |
| Florida Bar No. 907480 | FL Bar No. 872229 |
| rtuschman@gtemploymentlawyers.com | choward@fisherphillips.com |
| assistant@gtemploymentlawyers.com | 101 E. Kennedy Boulevard, Suite 2350 |
| **RICHARD D. TUSCHMAN, P.A.** | Tampa, FL 33602 |
| 12555 Orange Drive, 2nd Floor | Tel: (813) 769-7518 |
| Davie, Florida 33330 | Fax: (813) 769-7501 |
| Telephone: (954) 369-1050 | |
| Facsimile: (954) 380-8938 | *Attorneys for Defendants* |

**/s/ Mark J. Beutler**
Mark J. Beutler, Esq.
Florida Bar No. 0023400
mjb@mjbpa.com
jmm@mjbpa.com
**LAW OFFICES OF**
**MARK J. BEUTLER, P.A.**
9400 S. Dadeland Boulevard, Suite 600
Miami, FL  33156
Tel: 305-487-0942
Fax: 786-513-4651

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, the above and foregoing document was filed and served via the Court's ECF filing system on the following counsel of record:

Richard Tuschman, Esq.
12555 Orange Drive, 2nd Floor
Davie, FL 33330
rtuschman@gtemploymentlawyers.com
assistant@gtemploymentlawyers.com

Mark J. Beutler, Esq.
9400 South Dadeland Blvd, Suite 600
Miami, FL 33156
mjb@mjbpa.com
jmm@mjbpa.com

                                            *s/ Christine Howard*
                                            Christine Howard, Esq.