UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELE RANDALL,**

    **Plaintiff,**

v.                                                              **Case No. 8:24-cv-695-KKM-AAS**

**IDEAL IMAGE DEVELOPMENT CORPORATION and IDEAL IMAGE OF SOUTH CAROLINA, LLC,**

    **Defendants.**
_____/

## ORDER

The court held a video conference to address the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program. As stated at the videoconference:

(1)    If the parties agree to participate in the IDEAL Program, they must file the Stipulated Consent to the IDEAL Program and Magistrate Judge Authority (using the CM/ECF event "Consent to Jurisdiction of US Magistrate Judge – IDEAL Program") by **May 9, 2024**.

(2)    Otherwise, the parties must submit the standard Case Management Report by **May 23, 2024**.

**ORDERED** in Tampa, Florida on May 2, 2024.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge