UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.  8:24-cv-695-KKM-AAS                           DATE   May 2, 2024

TITLE: RANDALL v. IDEAL IMAGE DEVELOPMENT CORPORATION, ET AL

TIME  1:02 – 1:07              TOTAL     5   min.

Honorable   AMANDA ARNOLD SANSONE           Deputy Clerk Amanda Craig

Court Reporter/Tape   Digital                Courtroom   ZOOM

Attorney for Plaintiffs                      Attorney for Defendants:

Richard Tuschman                             Christine Howard

**PROCEEDINGS:**

**STATUS CONFERENCE**

The Court calls the case and counsel state their appearances for the record.

The Court discusses the IDEAL pilot program with counsel.

The Court to enter an order detailing the deadlines for the IDEAL program.

Court adjourned.